ARTHUR W. CURLEY, BAR NO. 60902
BERNADETTE D. BANTLY, BAR NO. 124659
PETER F. FINN, BAR NO. 267810
BRADLEY, CURLEY, ASIANO, BARRABEE,
KOWALSKI, MARCHI & KING, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone:  (415) 464-8888
Facsimile:  (415) 464-8887

Attorneys for Defendant
SWORDS TO PLOWSHARES, A California
Non-Profit 501(c)(e) Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FOOS, <br><br>           Plaintiffs, <br><br>     v. <br><br>SWORDS TO PLOWSHARES, a California Corporation; and DOES 1 through 10, inclusive, <br><br>           Defendants. | No. 3:16-cv-00948-MEJ <br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE <br><br>The Honorable Maria-Elena James |

After reading and consideration of the parties agreed to Stipulation to Extend Mediation Deadline and good cause appearing therefor;

IT IS SO ORDERED that the deadline to complete mediation is hereby extended to October 31, 2016.

Dated:  August 10, 2016

_____
THE HONORABLE MARIA-ELENA JAMES

BRADLEY, CURLEY,
ASIANO, BARRABEE,
KOWALSKI, MARCHI &
KING, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

[PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE