```
 1  ARTHUR W. CURLEY, BAR NO. 60902
    BERNADETTE D. BANTLY, BAR NO. 124659
 2  PETER F. FINN, BAR NO. 267810
    BRADLEY, CURLEY, BARRABEE
 3  & KOWALSKI, P.C.
    1100 Larkspur Landing Circle, Suite 200
 4  Larkspur, California 94939
    Telephone:  (415) 464-8888
 5  Facsimile:  (415) 464-8887

 6  Attorneys for Defendant
    SWORDS TO PLOWSHARES, A California
 7  Non-Profit 501(c)(e) Corporation
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FOOS, | No. 3:16-cv-00948-MEJ |
| Plaintiffs, | **DEFENDANTS' NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| SWORDS TO PLOWSHARES, a California Corporation; and DOES 1 through 10, inclusive, | The Honorable Maria-Elena James |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately Bradley, Curley, Asiano, Barrabee, Kowalski, Marchi & King, a Professional Corporation, has changed its name to BRADLEY, CURLEY, BARRABEE & KOWALSKI, a Professional Corporation.  The firm address, telephone number and facsimile number will remain the same.

Dated:  August 23, 2016                      BRADLEY, CURLEY,BARRABEE & KOWALSKI, P.C.

                                             By:  _s/sBernadetteBantly_____
                                             BERNADETTE BANTLY
                                             Attorney for Defendant
                                             SWORDS TO PLOWSHARES,
                                             A California Non-Profit 501(c)(e) Corporation

BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -